UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────────────────

CSC Holdings, Inc.,

                      Plaintiff,

       -against-

Karl Lonieski,

                      Defendant.
───────────────────────────────────────────

**ORDER** Reopening Case and Adopting Report & Recommendation (doc. #10)
01-CV-8069 (DRH)(ARL)

**HURLEY, Senior District Judge:**

Due to an inadvertance, this case was prematurely closed. Therefore, IT IS HEREBY ORDERED THAT THIS CASE BE REOPENED to allow the Court to considered the outstanding Report & Recommendation made by Magistrate Judge Arlene R. Lindsay.

On June 7, 2002, this Court granted Plaintiff's motion for an entry of default judgment (doc. #3) against Defendant Karl Lonieski and, pursuant to 28 U.S.C. § 636(b)(3), referred the case to United States Magistrate Judge Arlene R. Lindsay for a report and recommendation as to damages and attorney's fees. On October 8, 2002, Judge Lindsay issued a Report and Recommendation in this case (doc. #10), recommending that Plaintiff be awarded: (1) $4,000.00 in damages; (2) $855.00 in attorney's fees; and (3) the $180.00 in costs, for an aggregate of $5,035.00. Pursuant to the Magistrate Judge's direction, on October 28, 2002, Plaintiff served Defendant with a copy of the Report and Recommendation. To date, no objections to the Report and Recommendation have been filed.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed for clear error the Report and Recommendation of Magistrate Judge Lindsay. The

Court finds no such error; further, it concurs in both the reasoning and result of the Report and Recommendation. Accordingly:

(1)  This Court adopts the October 8, 2002 Report and Recommendation of Magistrate Judge Lindsay (doc. #10) as if set forth herein;

(2)  Plaintiff is awarded a total of $5,035.00; and

(3)  Upon entry of judgment, the Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: Central Islip, N.Y.
    December 27, 2006

/s/_____
Denis R. Hurley,
Senior United States District Judge